CGFD91A (2/13/13)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15–30090–AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Roberto Maseda
aka Roberto Maseda Sr., aka Robert Maseda, aka Robert Maseda Sr.
17360 SW 121st Avenue
Miami, FL 33177–2220

SSN: xxx–xx–8333

## NOTICE THAT DEBTOR MAY BE INELIGIBLE FOR DISCHARGE

Upon review of the Debtor(s) previously filed case(s), notice is hereby given that Debtor <u>Roberto Maseda</u> may be ineligible for a discharge pursuant to 11 U.S.C. §727(a)(8). Pursuant to 11 U.S.C. §727(a)(8) of the Bankruptcy Code, the court cannot grant the debtor a discharge if the debtor has been granted a discharge in a chapter 7 case commenced within 8 years before filing this case.

If you believe you are entitled to receive a discharge, you must file, on or before **12/07/2015**, a written motion with the clerk of the U.S. Bankruptcy Court, setting forth the relevant facts you believe would entitle you to a discharge. Failure to file a written motion or other response will result in the case being closed without entry of a discharge. If the Debtor subsequently files a motion to reopen case challenging closure without discharge, the Debtor must pay the filing fee due for the reopening of the case.

**Dated: 11/16/15**                                              **CLERK OF COURT**
                                                                  By: <u>admin</u>
                                                                  Deputy Clerk

The clerk shall serve this notice on all parties of record.