UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              Case No: 15-30090-AJC
                                                    Chapter 7

Roberto Maseda
Debtor
_____/

### EX-PARTE DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE

**COMES NOW**, the Debtor, Roberto Maseda, by and through undersigned counsel and moves this honorable court for an Order Dismissing Chapter 7 Case. In support thereof the Debtor states the following:

1. This case was filed on November 15, 2015 as a chapter 7 Bankruptcy case.
2. The Debtor filed a previous chapter 7 bankruptcy case on July 31, 2008 and was discharged on November 18, 2008.
3. Pursuant to 11 U.S.C. § 727, the debtor is not eligible for a discharge in the instant case if a discharge was granted within eight years before the date of the filing of the petition.
4. The Debtor is requesting to dismiss the instant chapter 7 case with the standard 180 days of prejudice.
5. The Trustee is aware of this motion and is not taking a position on the matter.

**WHEREFORE**, the Debtor moves this Honorable Court for an Order Dismissing the Chapter 7 Case.

Respectfully submitted,
Robert Sanchez, Esq.
355 West 49th Street
Hialeah, FL 33012
Tel. (305)-687-8008

By:   */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161